# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson , Myron H. | USD/MD/Alabama | 05/13/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| One Church Street <br> P. O. Box 235 <br> Montgomery, AL 36101 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Judicial Advisory Board of the George Mason Law & Economics Center |
| 2. Member | Montgomery Academy School |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 20 A 9: 53 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University Law School | 03/27/2009 to 03/29/2009 | New York, NY | Speech | Food, lodging, and transportation |
| 2. | Touro Law Center at Touro College | 04/17/2009 to 04/19/2009 | Islip, NY | Speech | Food, lodging, and transportation |
| 3. | American Constitution Society | 06/19/2009 to 06/20/2009 | Washington, DC | Moot Court Program | Food, lodging, and transportation |
| 4. | George Mason Law School Law & Economics Center | 10/02/2009 to 10/03/2009 | Alexandria, VA | Board Meeting | Food, lodging, and transportation |
| 5. | Emory Law School American Constitution Society Chapter | 11/12/2009 to 11/13/2009 | New Haven, Connecticut | Speech | Food, lodging, and transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thompson , Myron H. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

___ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House site at Martin Dam, Elmore County, AL | | None | L | W | | | | | |
| 2. Morgan Stanley Dean Witter (IRAs) (filer); Liquid Asset | A | Interest | | | Closed | 07/07/09 | J | | |
| 3. UBS (IRAs)(filer); Liquid Asset | A | Interest | J | T | Open | 07/07/09 | J | | |
| 4. "": China Yuchai Int'l (common) | A | Dividend | | | Sold | 09/13/09 | J | | |
| 5. "":Proctor & Gamble (common) | A | Dividend | | | Sold | 09/13/09 | J | | |
| 6. "": AT&T (common) | A | Dividend | | | Sold | 11/05/09 | J | | |
| 7. "": Chesapeake Energy (common) | A | Dividend | | | Sold | 09/13/09 | J | | |
| 8. "": Pfizer (common) | A | Dividend | | | Sold | 09/13/09 | J | | |
| 9. "":Tenaris (common) | A | Dividend | | | Sold | 09/13/09 | J | | |
| 10. "": Valero (common) | A | Dividend | | | Sold | 09/30/09 | J | | |
| 11. "":Nokia (common) | A | Dividend | | | Sold | 09/13/09 | J | | |
| 12. "":CitiGroup (common) | A | Dividend | J | T | Buy | 09/30/09 | J | | |
| 13. "":General Electric (common) | A | Dividend | J | T | Buy | 09/30/09 | J | | |
| 14. "":ALCOA, Inc. (common) | A | Dividend | J | T | Buy | 12/11/09 | J | | |
| 15. "":Amer Electric Power Co. (common) | A | Dividend | J | T | Buy | 09/16/09 | J | | |
| 16. "":Apple, Inc. (common) | A | Dividend | J | T | Buy | 12/28/09 | J | | |
| 17. "":Bank of Amer Corp (common) | A | Dividend | J | T | Buy | 07/30/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   "":BP PLC SPON ADR (common) | A | Dividend | J | T | Buy | 07/31/09 | J | | |
| 19.   "":China Yuchai Intl Ldt Ord (common) | A | Dividend | J | T | Buy | 10/30/09 | J | | |
| 20.   "":Chiquita Brands (common) | A | Dividend | J | T | Buy | 08/14/09 | J | | |
| 21.   "":Companhia De Saneamento (common) | A | Dividend | J | T | Buy | 07/22/09 | J | | |
| 22.   "":Gilead Sciences (common) | A | Dividend | J | T | Buy | 10/23/09 | J | | |
| 23.   "":Goldman Sachs (common) | A | Dividend | J | T | Buy | 12/11/09 | J | | |
| 24.   "":Hartford Fincl. Services (common) | A | Dividend | J | T | Buy | 09/17/09 | J | | |
| 25.   "":Huron Consulting Group (common) | A | Dividend | J | T | Buy | 08/18/09 | J | | |
| 26.   "":McDonalds Corp (common) | A | Dividend | J | T | Buy | 10/06/09 | J | | |
| 27.   "":Petroleo Brasileiro (common) | A | Dividend | J | T | Buy | 08/12/09 | J | | |
| 28.   "":Procter & Gamble (common) | A | Dividend | J | T | Buy | 07/22/09 | J | | |
| 29.   "":Valero Energy (common) | A | Dividend | J | T | Buy | 10/20/09 | J | | |
| 30.   "":Wellpoint Inc (common) | A | Dividend | J | T | Buy | 11/04/09 | J | | |
| 31.   "":Ishares Inc MSCI Australia (mutual) | A | Dividend | J | T | Buy | 08/14/09 | J | | |
| 32.   "":Ishares Inc MSCI Brazil (mutual) | A | Dividend | J | T | Buy | 11/09/09 | J | | |
| 33.   "":Alliance Bernstein (holding) | A | Dividend | J | T | Buy | 08/05/09 | J | | |
| 34.   Morgan Stanley Dean Witter (IRAs)          Liquid Asset | A | Interest | | | Closed | 07/07/09 | J | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UBS (IRAs ): Liquid Asset | A | Interest | J | T | Open | 07/07/09 | J | | |
| 36. "": Blackrock GBL & GLBL (common) | A | Dividend | | | Sold | 07/13/09 | J | | |
| 37. "": Templeton Dragon (common) | A | Dividend | | | Sold | 07/13/09 | J | | |
| 38. "":Wisdom Tree (common) | A | Dividend | | | Sold | 07/13/09 | J | | |
| 39. "": AT&T (common) | A | Dividend | | | Sold | 11/05/09 | J | | |
| 40. "": Chesapeake Energy (common) | A | Dividend | | | Sold | 07/13/09 | J | | |
| 41. "": Powershares (common) | A | Dividend | | | Sold | 07/13/09 | J | | |
| 42. "":CitiGroup (common) | A | Dividend | J | T | Buy | 09/30/09 | J | | |
| 43. "":Alcoa (common) | A | Dividend | J | T | Buy | 11/11/09 | J | | |
| 44. "":Am.Electric Power (common) | A | Dividend | J | T | Buy | 09/16/09 | J | | |
| 45. "":Bank of America (common) | A | Dividend | J | T | Buy | 07/30/09 | J | | |
| 46. "":BP (common) | A | Dividend | J | T | Buy | 07/31/09 | J | | |
| 47. "":China Yuchai Intl (common) | A | Dividend | J | T | Buy | 10/30/09 | J | | |
| 48. "":Chiquita Brands (common) | A | Dividend | J | T | Buy | 08/14/09 | J | | |
| 49. "":Companhia De Saneamento (common) | A | Dividend | J | T | Buy | 07/22/09 | J | | |
| 50. "":Gilead Sciences (common) | A | Dividend | J | T | Buy | 10/23/09 | J | | |
| 51. "":Hartford Fincl Services (common) | A | Dividend | J | T | Buy | 09/17/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. "":Huron Consulting Group (common) | A | Dividend | J | T | Buy | 08/18/09 | J | | |
| 53. "":McDonalds Corp (common) | A | Dividend | J | T | Buy | 10/06/09 | J | | |
| 54. "":Petroleo Brasileiro (common) | A | Dividend | J | T | Buy | 08/12/09 | J | | |
| 55. "":Procter & Gamble (common) | A | Dividend | J | T | Buy | 07/22/09 | J | | |
| 56. "":Valero Energy (common) | A | Dividend | J | T | Buy | 07/17/09 | J | | |
| 57. "":Veolia Environnement (common) | A | Dividend | J | T | Buy | 10/14/09 | J | | |
| 58. "":Wellpoint Inc (common) | A | Dividend | J | T | Buy | 11/04/09 | J | | |
| 59. "":Ishares Inc MSCI Australia (mutual) | A | Dividend | J | T | Buy | 08/14/09 | J | | |
| 60. "":Ishares Inc MSCI Brazil (mutual) | A | Dividend | J | T | Buy | 11/09/09 | J | | |
| 61. "":Alliance Bernstein (holding) | A | Dividend | J | T | Buy | 08/05/09 | J | | |
| 62. Morgan Stanley Dean Witter (Edu. IRA) (dep) Liquid Asset | A | Interest | | | Closed | 07/07/09 | J | | |
| 63. UBS (Edu. IRA)(dep) Liquid Asset | A | Interest | J | T | Open | 07/07/09 | J | | |
| 64. "":Blackrock Global Allocation Fund | A | Dividend | J | T | Buy | 07/16/09 | J | | |
| 65. Morgan Stanley Dean Witter (Edu. IRA) (dep) Liquid Asset | A | Interest | | | Closed | 07/07/09 | J | | |
| 66. UBS (Edu. IRA)(dep) Liquid Asset | A | Interest | J | T | Open | 07/07/09 | J | | |
| 67. "":Blackrock Global Allocation Fund | A | Dividend | J | T | Buy | 07/16/09 | J | | |
| 68. Morgan Stanley Dean Witter (filer): Liquid Asset Fund | A | Interest | | | Closed | 07/07/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. UBS(filer) Liquid Asset | A | Interest | J | T | Open | 07/07/09 | J | | |
| 70. "": Blackrock GBL & GLBL (common) | A | Dividend | | | Sold | 07/13/09 | J | | |
| 71. "": Ishares S&P GLBL Health (commopn) | A | Dividend | | | Sold | 07/13/09 | J | | |
| 72. "": Wisdom Tree (common) | A | Dividend | | | Sold | 07/13/09 | J | | |
| 73. "": Ishares S&P Latin Am. (common) | A | Dividend | | | Sold | 07/13/09 | J | | |
| 74. "": Templeton Dragon (common) | A | Dividend | | | Sold | 07/13/09 | J | | |
| 75. "": AT&T (common) | A | Dividend | | | Sold | 11/05/09 | J | | |
| 76. "": Chesapeake Energy (common) | A | Dividend | | | Sold | 07/13/09 | J | | |
| 77. "":Alcoa (common) | A | Dividend | J | T | Buy | 11/11/09 | J | | |
| 78. "":Am.Electric Power (common) | A | Dividend | J | T | Buy | 09/16/09 | J | | |
| 79. "":Bank of America (common) | A | Dividend | J | T | Buy | 07/30/09 | J | | |
| 80. "":BP (common) | A | Dividend | J | T | Buy | 07/31/09 | J | | |
| 81. "":China Yuchai Intl (common) | A | Dividend | J | T | Buy | 10/30/09 | J | | |
| 82. "":Chiquita Brands (common) | A | Dividend | J | T | Buy | 08/14/09 | J | | |
| 83. "":Companhia De Saneamento (common) | A | Dividend | J | T | Buy | 07/22/09 | J | | |
| 84. "":Gilead Sciences (common) | A | Dividend | J | T | Buy | 10/23/09 | J | | |
| 85. "":Hartford Fincl Services (common) | A | Dividend | J | T | Buy | 09/17/09 | J | | |

1. Income Gain Codes:     A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

___ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. "":Huron Consulting Group (common) | A | Dividend | J | T | Buy | 08/18/09 | J | | |
| 87. "":McDonalds Corp (common) | A | Dividend | J | T | Buy | 10/06/09 | J | | |
| 88. "":Petroleo Brasileiro (common) | A | Dividend | J | T | Buy | 08/12/09 | J | | |
| 89. "":Procter & Gamble (common) | A | Dividend | J | T | Buy | 07/22/09 | J | | |
| 90. "":Valero Energy (common) | A | Dividend | J | T | Buy | 07/17/09 | J | | |
| 91. "":Veolia Environnement (common) | A | Dividend | J | T | Buy | 10/14/09 | J | | |
| 92. "":Wellpoint Inc (common) | A | Dividend | J | T | Buy | 11/04/09 | J | | |
| 93. "":Ishares Inc MSCI Australia (mutual) | A | Dividend | J | T | Buy | 08/14/09 | J | | |
| 94. "":Ishares Inc MSCI Brazil (mutual) | A | Dividend | J | T | Buy | 11/09/09 | J | | |
| 95. "":Alliance Bernstein (holding) | A | Dividend | J | T | Buy | 08/05/09 | J | | |
| 96. Morgan Stanley Dean Witter (filer): Liquid Asset Fund | A | Interest | | | Closed | 07/07/09 | J | | |
| 97. UBS (filer): Liquid Asset | A | Interest | J | T | Open | 07/07/09 | J | | |
| 98. "":Las Vegas Sands (common) | A | Interest | J | T | Buy | 01/28/09 | J | | |
| 99. "":Powershares Exchange (mutual) | A | Interest | J | T | Buy | 01/28/09 | J | | |
| 100. Regions Bank (savings) (filer) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544